UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 25-cv-11812

EMPLOYERS MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.

LOWELL FLEET MAINTENANCE, LLC; DRISS ANGARI; and HAYAT CHAHBOUNI,

    Defendants.

## DEFEDANT DRISS ANGARI AND HAYAT CHAHBOUNI'S MOTION TO CONSOLIDATE OR DISMISS

    As Plaintiff "EMC" filed a prior case No. 1:25-cv-10457 using the exact same theory and about the exact same incident. Plaintiffs included the passengers in an auto loss into the prior case, but failed to include Driss Angari or Hayat Chahbouni, who are necessary parties. In this case the passengers are not included and are necessary parties. We therefore ask that this case be dismissed or consolidated with 1:25-cv-10457.

Respectfully Submitted for Defendants

by their attorney,

/s/ Michael Dlott
Michael Dlott Esq. BBO#665042
59 Garfield Street
Quincy MA 02169
781-389-3589
Mdlott2005@yahoo.com

dated 8/7/2025

CERTIFICATE OF SERVICE

I, the undersighned hereby certifty that this document, filed by email as agreed to by the parties and through the ECF system was sent electronically to all parties on this the 7th day of AUGUST  2025

/s/ Michael Dlott

Michael Dlott Esq.